## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: UNITED STATES v. YALE SCHIFF

Case Number: 19 CR 474

An appearance is hereby filed by the undersigned as attorney for:
Yale Schiff

Attorney name (type or print): Adam Sheppard

Firm: Sheppard Law Firm, P.C.

Street address: 180 N. LaSalle Street, Suite 2510

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6287375
(See item 3 in instructions)

Telephone Number: (312) 443-1233

Email Address: adam@sheppardlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☒ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2019

Attorney signature: S/ Adam Sheppard
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015