IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 474 |
| v. | ) | |
| | ) | Hon. Rober M. Dow, Jr. |
| YALE SCHIFF | ) | |

**UNOPPOSED MOTION FOR SAME DAY TRAVEL
TO & FROM STURTEVANT, WISCONSIN**

NOW COMES Defendant YALE SCHIFF, by and through his attorney, Sheppard Law Firm, P.C., and pursuant to Title 18, United States Code, Section 3142(c)(3), and moves this Honorable Court to temporarily modify the conditions of his pretrial release to allow him to travel to the Apple Holler family farm located at 5006 S. Sylvania Avenue, Sturtevant, Wisconsin 5317, to attend an apple-picking outing with his children on a weekend day during the weekend of October 12, 2019 or October 19, 2019, with the date to be approved by Pretrial Services. In support thereof, Mr. Schiff states as follows:

1. Defense counsel has consulted with the government and with Pretrial Services regarding this motion and they have no objection.

2. Defendant is compliant with the conditions of his bond.

3. Apple Holler farm is located approximately 40 minutes from defendant's home in Riverwoods, Illinois.

4. Information about Apple Holler farm may be found at https://www.appleholler.com/about/directions-hours/.

5. Defendant will return to the jurisdiction on the same day as his travel.

WHEREFORE, defendant moves this Court to allow travel on a date and time to be approved by Pretrial Services during the weekend of October 12 or October 19, 2019 to Apple Holler family farm located at 5006 S. Sylvania Avenue, Sturtevant, Wisconsin 5317.

                                            Respectfully submitted:

                                            /s/ Adam J. Sheppard
                                            Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
Adam Sheppard IL Bar No. 6287375
Barry Sheppard IL Bar No. 2579901
(312) 443-1233
adam@sheppardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on September 30, 2019 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Adam J. Sheppard
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
BARRY SHEPPARD / ADAM SHEPPARD
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
IL Bar. No. 6287375
(312) 443-1233
adam@sheppardlaw.com