# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                              Case No.: 1:19−cr−00474
                                                                    Honorable Robert M. Dow Jr.

Yale Schiff, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Yale Schiff (1) and Jason Schiff (2): David Izsak, the sole defendant in Case No. 19−cr−582, pending before Judge Norgle, has filed a motion [43] seeking to consolidate his case with this one. In this case, the Government has charged two brothers, Yale and Jason Schiff, with fraud. The indictment against Izsak mentions Yale Schiff, but not Jason Schiff. Izsak maintains that these two cases should be consolidated on efficiency grounds. Yale Schiff takes no position on the motion, but both the Government and Jason Schiff oppose it. The Government points out that the indictments allege different offenses and do not share a common defendant. Jason Schiff argues that consolidation would be prejudicial to him, as there is no common plan to tie Jason to Izsak, even if there are allegations common to Yale and Iszak. On balance, the issue presented in the motion comes down to the likelihood of greater efficiency for counsel and the Court versus the possibility of prejudice to a defendant whose case might become more complicated by the addition of additional allegations of fraudulent conduct that have nothing to do with him. Although efficiency is an important consideration in an always busy court calendar, the efficiencies will not be nearly as great as they might be if the cases involved a truly common scheme among the three defendants, as opposed to a single common player (Yale) with no apparent ties between the two other defendants. Given the limits to the efficiencies to be gained by consolidation, the risk of prejudice is a more important consideration and weighs against consolidation. Therefore, Izsak's motion to consolidate [43] is denied. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.