UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 CR 474 |
| | ) | |
| v. | ) | |
| | ) | |
| YALE SCHIFF | ) | Honorable Robert M. Dow, Jr. |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO PERMIT TRAVEL TO FLORIDA WITH HIS
FAMILY BETWEEN DECEMBER 22, 2020 AND JANUARY 31, 2021**

Now Comes the Defendant, YALE SCHIIFF, by and through his attorney, Sheppard Law Firm, P.C., and pursuant to 18 U.S.C. § 3142(c)(3), moves this Court to temporarily enlarge the conditions of his pretrial release to permit travel to Delray Beach, Florida, to his in-law's home, with his family, between December 22, 2020 and January 31, 2021. In support thereof, defendant states as follows:

1. Defendant has consulted with Pretrial Services regarding this motion and it has no objection.

2. Defendant has consulted with the government regarding this motion and it takes no position regarding this motion.

3. Defendant has remained compliant with the conditions of his bond.

4. The home where defendant's family will be staying is his in-law's home at 7387 Viale Caterina, Delray Beach, Florida 33446.

5. Defendant's family takes this trip annually.

6. Defendant's wife, counsel for Humana insurance company, works in conjunction with the Humana office in Miramar, Florida, while the family is in Florida.

7. Defendant will continue to report to Pretrial Services as directed.

                              Respectfully submitted:

                              /s Adam Sheppard
                            An Attorney for Defendant

Adam Sheppard
Sheppard Law Firm, P.C.
180 North LaSalle, Suite 2510
Chicago, IL 60601
(312) 443-1233
adam@sheppardlaw.com
IL Bar. No. 628735

## **CERTIFICATE OF SERVICE**

I hereby certify that foregoing Defendant's Motion to Permit Travel was served on December 17, 2020 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted:

/s Adam Sheppard
Attorney for Defendant

Adam Sheppard
Sheppard Law Firm, P.C.
180 North LaSalle, Suite 2510
Chicago, IL 60601
(312) 443-1233
adam@sheppardlaw.com
IL Bar. No. 6287375