IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,

Plaintiff(s),

v.

Yale Schiff,

Defendant(s).

Case No. **19-cr-00474-1**
Judge Robert M. Dow

## **ORDER**

Status hearing held telephonically and continued to 10/6/2021 at 9:00 a.m. to allow defendants further time to determine how they would like to proceed with their case, to set a change of plea date or a trial date. Joint status report is due by 10/1/2021. Without objection, time is excluded through 10/1/2021 under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) based on the Court's finding that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial given the need to protect the health and safety of defendants, defense counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the greatest extent possible. Participants should use the Court's toll-free, call-in number 877-336-1829, passcode is 6963747.  x-t
:05

Date:  8/5/2021                                                                         /s/ Judge Dow