# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.

Yale Schiff, et al.

                      Defendant.

Case No.: 1:19–cr–00474
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 11, 2022:

    MINUTE entry before the Honorable Robert M. Dow, Jr as to Yale Schiff (1): Defendant Yale Schiff's unopposed motion to permit travel [121] is granted. Notice of motion date of 3/14/2022 is stricken and no appearances are necessary on that date. Emailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.