IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br><br>v.<br><br>Yale Schiff<br><br>Defendant(s). | Case No. 19-cr-474<br>Judge Robert M. Dow |

### **ORDER**

Telephone conference held and continued to 6/22/2022 at 9:00 a.m. Participants should use the Court's toll-free, call-in number 877-336-1829, passcode is 6963747. Joint status report is due by 6/17/2022. Without objection, time is excluded through 6/22/2022 under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) based on the Court's finding that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial given the need to protect the health and safety of defendants, defense counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the greatest extent possible, as well as the ongoing plea discussions. X-T
:05

Date: 5/23/2022 /s/ Judge Dow