IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 CR 474 |
| | ) | |
| v. | ) | Judge Mary Rowland |
| | ) | |
| YALE SCHIFF | ) | |
| | ) | |
| Defendant | ) | |

## UNOPPOSED MOTION TO TRAVEL

Defendant, YALE SCHIFF, by and through his counsel, Christopher V. Parente, hereby requests that this Court for permission to allow YALE SCHIFF to travel to Seattle, Washington, from September 17-24, 2024, for a work conference. In support of this request, Mr. Schiff, through counsel, states the following:

1. On July 24, 2019, Yale Schiff was charged by a superseding indictment with multiple counts of bank fraud and aggravated identity theft. (R. 26). On May 18, 2023, Mr. Schiff pled guilty to one count of bank fraud, in violation of 18 U.S.C. § 1344. (R. 165). Sentencing is currently set for November 13, 2024. (R. 224).

2. Mr. Schiff is currently on pretrial release and has been in compliance with all of his conditions of release.

3. Mr. Schiff seeks permission from the Court to travel to Seattle, Washington from September 17 through September 20 to attend the Amazon Accelerate Conference taking place at

the Seattle Convention Center. Mr. Schiff will provide his pretrial officer with his flight itinerary and conference details in advance of travel.

4. Counsel for the government stated the government does not object to this request provided Mr. Schiff informs the pretrial officer of the details surrounding this travel.[1]

WHEREFORE, Mr. Schiff moves for permission to travel from September 17-20, 2024, from Chicago, Illinois to Seattle, Washington.

Respectfully submitted,

/s/ Christopher V. Parente
**Christopher V. Parente**

**Cheronis & Parente**
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644
cparenete@cheronislaw.com

---

[1] Counsel has been unsuccessful in reaching the assigned pretrial services officer.

## CERTIFICATE OF SERVICE

I, Christopher V. Parente, hereby certify that on September 10 2024, I electronically filed the foregoing **Motion to Travel** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Christopher V. Parente
**Christopher V. Parente**
**Cheronis & Parente**
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644